IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JAMES NOSAL, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs.<br><br>v.<br><br>RICH PRODUCTS CORPORATION,<br><br>Defendant. | Case No. 1:20-cv-04972<br><br>Hon. John F. Kness |

**JOINT STATUS REPORT**

Pursuant to the Court's February 26, 2021, Order (Dkt. No. 29), Plaintiff James Nosal and Defendant Rich Products Corporation submit the following joint status report, regarding the status of the pending appellate cases referenced in Defendant's February 12, 2021, Motion to Stay Proceedings.

1. On February 3, 2022, the Supreme Court of Illinois released an opinion in *McDonald v. Symphony Bronzeville*, affirming the judgment of the Appellate Court that the Illinois Workers' Compensation Act does not preempt claims brought under BIPA. 2022 IL 126511, ¶ 50 ("Because the injury alleged is not the type of injury compensable in a workers' compensation proceeding, McDonald's [BIPA] lawsuit is not preempted by the exclusive-remedy provisions of the [Workers' Compensation Act].");

2. In *Tims v. Black Horse Carriers*, No. 127801, Appellant filed its Reply Brief and Response to Request for Cross-Relief on June 29, 2022. The Appellees' filed their Reply in Support of Request for Cross-Relief on July 13, 2022. The matter is fully briefed but oral argument has not yet been scheduled;

3. On March 1, 2022, the Illinois Supreme Court in *Marion v. Ring Container Technologies, LLC*, No. 3-20-0184, denied defendant-appellant's motion for direct appeal under Illinois Supreme Court Rule 302(b) and/or supervisory order under Illinois Supreme Court Rule 383. The Illinois Third District Appellate Court has stayed oral argument pending a decision in *Tims*; and

4. In *Cothron v. White Castle System, Inc.*, No. 20-2302, the Illinois Supreme Court heard oral argument on May 17, 2022 and no decision has been rendered.

_/s/ Andrew C. Ficzko___              _/s/ Richard P. McArdle_____

1

| | |
|---|---|
| Ryan F. Stephan<br>rstephan@stephanzouras.com<br>James B. Zouras<br>jzouras@stephanzouras.com<br>Andrew C. Ficzko<br>aficzko@stephanzouras.com<br>STEPHAN ZOURAS, LLP<br>100 N. Riverside Plaza; Suite 2150<br>Chicago, Illinois, 60606<br><br>**Counsel for Plaintiff James Nosal** | Richard P. McArdle<br>rmcardle@seyfarth.com<br>SEYFARTH SHAW LLP<br>233 South Wacker Drive<br>Suite 8000<br>Chicago, Illinois 60606<br><br>**Counsel for Defendant Rich Products Corporation** |

**CERTIFICATE OF SERVICE**

      I, the attorney, hereby certify that on August 1, 2022, I filed the attached with the Clerk of the Court using the electronic filing system which will send such filing to all attorneys of record.

                                                                     */s/ Andrew C. Ficzko*