**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| JAMES NOSAL, Individually and on Behalf of All Others Similarly Situated, | |
| Plaintiff, | Case No. 1:20-cv-04972 |
| v. | Hon. Judge John F. Kness |
| RICH PRODUCTS CORPORATION, | Hon. Magistrate Judge Sunil R. Harjani |
| Defendant. | |

## <u>JURY DEMAND</u>

Plaintiff James Nosal, by and through his attorneys, Stephan Zouras, LLP, hereby demands a trial by jury.


Dated: October 3, 2023          Respectfully Submitted,

*/s/ Andrew C. Ficzko*

Ryan F. Stephan
James B. Zouras
Andrew C. Ficzko
**STEPHAN ZOURAS, LLP**
222 W. Adams Street, Suite 2020
Chicago, Illinois 60606
(312) 233-1550
(312) 233-1560 *f*
rstephan@stephanzouras.com
jzouras@stephanzouras.com
aficzko@stephanzouras.com

***Attorneys for Plaintiff and the
Putative Class Members***

1

## **CERTIFICATE OF SERVICE**

I, the attorney, hereby certify that on October 3, 2023, I filed the attached with the Clerk

of the Court using the electronic filing system which will send such filing to all attorneys of record.


 */s /Andrew C. Ficzko*