# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| JAMES NOSAL, individually, and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>   v.<br><br>RICH PRODUCTS CORPORATION,<br><br>        Defendant. | Case No. 1:20-cv-04972<br><br>Judge John F. Kness<br><br>Magistrate Judge Sunil R. Harjani |

## JOINT STATUS REPORT

Pursuant to the Court's Order dated December 15, 2023 (Dkt. 56), Plaintiff James Nosal and Defendant Rich Products Corporation submit the following joint status report:

1. On January 30, 2024, the Parties participated in a mediation with the Honorable Judge Morton Denlow (Ret.) of JAMS. As a result of the Parties' extensive negotiations and with the assistance of Judge Denlow, their efforts at the mediation culminated in an agreement in principle and together they drafted a settlement agreement, fully executed on March 20, 2024.

2. The Parties are currently in the process of drafting a motion for preliminary approval of their proposed class action settlement and expect to have it filed within three weeks.

Dated: March 20, 2024                                        Respectfully submitted,

| | |
|---|---|
| */s/ Andrew C. Ficzko*<br>Ryan F. Stephan<br>James B. Zouras<br>Andrew C. Ficzko<br>Stephan Zouras, LLC<br>222 West Adams Street, Suite 2020<br>Chicago, Illinois 60606<br>312.233.1550<br>312.233.1560 *f*<br>rstephan@stephanzouras.com | */s/ Michael D. Jacobsen*<br>Michael D. Jacobsen<br>Kathleen C. Tranter*<br>SEYFARTH SHAW LLP<br>233 South Wacker Drive<br>Suite 8000<br>Chicago, Illinois 60606<br>Telephone: (312) 460-5000<br>Facsimile: (312) 460-7000<br>mjacobsen@seyfarth.com |

| | |
|---|---|
| jzouras@stephanzouras.com<br>aficzko@stephanzouras.com | ktranter@seyfarth.com<br>*\* Admitted pro hac vice* |
| ***Attorneys for Plaintiff James Nosal*** | ***Attorneys for Defendant Rich Products Corporation*** |

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 20, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Andrew C. Ficzko*
Andrew C. Ficzko