# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

James Nosal

                      Plaintiff,

v.                                                  Case No.: 1:20–cv–04972
                                                           Honorable John F. Kness

Rich Products Corporation

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, September 5, 2024:

      MINUTE entry before the Honorable John F. Kness: Final settlement fairness hearing held on 9/5/2024. Counsel for both parties appeared. For the reasons stated on the record and with no objections, the Motion for Final Approval of Class Action Settlement [69] and Motion for attorney fees [70] are granted. Enter Separate Order Granting Final Settlement Approval, which shall serve as the final judgment order for this case. Enter Separate Order Granting Approval Of Attorneys' Fees, Costs, And Incentive Award To The Class Representative. Plaintiff's motion [68] for leave to file excess pages is granted. Civil case terminated. Mailed notice. (exr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.