IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JAMES NOSAL, individually, and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>RICH PRODUCTS CORPORATION,<br><br>*Defendant.* | Case No. 1:20-cv-04972 |

## ORDER GRANTING APPROVAL OF ATTORNEYS' FEES, COSTS, AND INCENTIVE AWARD TO THE CLASS REPRESENTATIVE

On September 5, 2024, the Court heard Class Counsel's Unopposed Petition for Approval of Attorneys' Fees, Costs, and Incentive Award to the Class Representative ("Fee Petition"). The Court has considered the Fee Petition and other related materials submitted by Plaintiff, as well as Plaintiff's presentation at the Final Approval Hearing, and otherwise being fully informed on the premises, hereby finds and orders as follows:

1. Class Counsel are awarded $205,115.63 in attorneys' fees.

2. Class Counsel are awarded reasonable litigation expenses in the amount of $4,542.96 and settlement administration expenses not to exceed $11,000.00.

3. The Court finds that Class Representative James Nosal, in prosecuting the case on behalf of the Class, made a substantial contribution to its outcome, and is therefore deserving of an Incentive Award in recognition of his efforts. An Incentive

Award in the amount of $7,500.00 is therefore awarded to the Class Representative, in addition to any *pro rata* share of the Settlement Fund to which he is entitled.

    4.    The foregoing awards shall be paid from the $546,975.00 Settlement Fund.

SO ORDERED in No. 20-cv-04972.

Date: September 5, 2024

JOHN F. KNESS
United States District Judge

2